**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK                3-7615
                              360

4035
CHECK NO.

DATE          AMOUNT
06/23/2023    $ 0.00

\*\*\* VOID \*\*\*

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

**NON-NEGOTIABLE**

PAY TO THE ORDER OF    Steven Johnson
                       38 Green Street
                       Morrisville PA 19067

_____
AUTHORIZED SIGNATURE

LIBERTY COATING COMPANY LLC

| 100143 EMP. NO. | Steven Johnson EMPLOYEE NAME | | \*\*\*-\*\*-2156 SOCIAL SECURITY NO. | M STATUS | 06/12/2023 PERIOD BEG. | 06/18/2023 PERIOD END | 06/23/2023 CHECK DATE | 4035 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | | CUR. AMOUNT | YEAR TO DATE |
| Overtime | 1.00 | 38.880 | 38.88 | | (PA-EIT-091201) FALLS TWP-P... | | 11.47 | |
| Overtime | 1.00 | 38.880 | 38.88 | | (PA-LST-091201) FALLS TWP-... | | 1.00 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Federal W/T | | 65.23 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Fica Medicare | | 16.63 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Fica Social Security | | 71.10 | |
| Regular | 4.00 | 25.920 | 103.68 | | Pennsylvania SUI | | 0.86 | |
| Regular | 4.00 | 25.920 | 103.68 | | Pennsylvania W/T | | 35.21 | |
| Regular | 8.00 | 25.920 | 207.36 | | Medical 125 | | 84.39 | |
| Regular | 8.00 | 25.920 | 207.36 | | Work Dues | | 2.00 | |
| Regular | 8.00 | 25.920 | 207.36 | | | | | |
| Regular | 8.00 | 25.920 | 207.36 | | | | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 45.00 | 1,231.20 | 287.89 | 943.31 | | | |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = 2 4 2 3 | 893.31 |
| Totals : | | 943.31 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK   3-7615/360

CHECK NO. 4093

DATE 06/30/2023        AMOUNT $ 0.00

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

\*\*\* VOID \*\*\*

PAY TO THE ORDER OF: Steven Johnson
38 Green Street
Morrisville PA 19067

NON-NEGOTIABLE

_____
AUTHORIZED SIGNATURE

---

LIBERTY COATING COMPANY LLC

| 100143 EMP. NO. | Steven Johnson EMPLOYEE NAME | | \*\*\*-\*\*-2156 SOCIAL SECURITY NO. | M STATUS | 06/19/2023 PERIOD BEG. | 06/25/2023 PERIOD END | 06/30/2023 CHECK DATE | 4093 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | | CUR. AMOUNT | YEAR TO DATE |
| Overtime | 1.00 | 38.880 | 38.88 | | (PA-EIT-091201) FALLS TWP-P... | | 11.47 | |
| Overtime | 1.00 | 38.880 | 38.88 | | (PA-LST-091201) FALLS TWP-... | | 1.00 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Federal W/T | | 65.23 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Fica Medicare | | 16.63 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Fica Social Security | | 71.10 | |
| Regular | 8.00 | 25.920 | 207.36 | | Pennsylvania SUI | | 0.86 | |
| Regular | 8.00 | 25.920 | 207.36 | | Pennsylvania W/T | | 35.21 | |
| Regular | 8.00 | 25.920 | 207.36 | | Medical 125 | | 84.39 | |
| Regular | 8.00 | 25.920 | 207.36 | | Work Dues | | 2.00 | |
| Regular | 8.00 | 25.920 | 207.36 | | | | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 45.00 | 1,231.20 | 287.89 | 943.31 | | | |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = 2 4 2 3 | 893.31 |
| Totals : | | 943.31 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    \*Includes Non-Taxable Reimbursements    \*\*Does Not Contribute To Net

**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK   3-7615/360

CHECK NO. 4135

DATE 07/07/2023    AMOUNT $ 0.00

\*\*\* VOID \*\*\*

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

**PAY TO THE ORDER OF** Steven Johnson
38 Green Street
Morrisville PA 19067

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

LIBERTY COATING COMPANY LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 100143 | Steven Johnson | \*\*\*-\*\*-2156 | M | 06/26/2023 | 07/02/2023 | 07/07/2023 | 4135 |

| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | CUR. AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Overtime | 1.00 | 38.880 | 38.88 | | (PA-EIT-091201) FALLS TWP-P... | 11.87 | |
| Overtime | 1.00 | 40.490 | 40.49 | | (PA-LST-091201) FALLS TWP-... | 1.00 | |
| Overtime | 1.00 | 40.490 | 40.49 | | Federal W/T | 70.11 | |
| Overtime | 1.00 | 40.490 | 40.49 | | Fica Medicare | 17.22 | |
| Overtime | 1.00 | 40.490 | 40.49 | | Fica Social Security | 73.62 | |
| Regular | 8.00 | 26.990 | 215.92 | | Pennsylvania SUI | 0.89 | |
| Regular | 8.00 | 25.920 | 207.36 | | Pennsylvania W/T | 36.46 | |
| Regular | 8.00 | 26.990 | 215.92 | | Medical 125 | 84.39 | |
| Regular | 8.00 | 26.990 | 215.92 | | Work Dues | 2.00 | |
| Regular | 8.00 | 26.990 | 215.92 | | | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 45.00 | 1,271.88 | 297.56 | 974.32 | | | |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = = 2 4 2 3 | 924.32 |
| Totals : | | 974.32 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    \*Includes Non-Taxable Reimbursements    \*\*Does Not Contribute To Net

**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK    3-7615/360    4195 CHECK NO.

DATE 07/14/2023    AMOUNT $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

**NON-NEGOTIABLE**

PAY TO THE ORDER OF    Steven Johnson
38 Green Street
Morrisville PA 19067

_____
AUTHORIZED SIGNATURE

LIBERTY COATING COMPANY LLC

| EMP. NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| 100143 | Steven Johnson | | ***-**-2156 | M | 07/03/2023 | 07/09/2023 | 07/14/2023 | 4195 |

| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | CUR. AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Holiday | 8.00 | 25.920 | 207.36 | | (PA-EIT-091201) FALLS TWP-P… | 11.38 | |
| Overtime | 1.00 | 40.490 | 40.49 | | (PA-LST-091201) FALLS TWP-… | 1.00 | |
| Overtime | 1.00 | 40.490 | 40.49 | | Federal W/T | 64.23 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Fica Medicare | 16.51 | |
| Overtime | 1.00 | 40.490 | 40.49 | | Fica Social Security | 70.58 | |
| Regular | 8.00 | 26.990 | 215.92 | | Pennsylvania SUI | 0.86 | |
| Regular | 8.00 | 26.990 | 215.92 | | Pennsylvania W/T | 34.95 | |
| Regular | 8.00 | 25.920 | 207.36 | | Medical 125 | 84.39 | |
| Regular | 8.00 | 26.990 | 215.92 | | Union | 40.00 | |
| | | | | | Work Dues | 2.00 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 44.00 | 1,222.83 | 325.90 | 896.93 | | | |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = 2 4 2 3 | 846.93 |
| Totals : | | 896.93 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK    3-7615/360    4194 CHECK NO.

DATE: 07/14/2023    AMOUNT: $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

PAY TO THE ORDER OF: Steven Johnson
38 Green Street
Morrisville PA 19067

## NON-NEGOTIABLE
_____
AUTHORIZED SIGNATURE

---

LIBERTY COATING COMPANY LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 100143 | Steven Johnson | ***-**-2156 | M | 07/03/2023 | 07/09/2023 | 07/14/2023 | 4194 |

| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | CUR. AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Attendance Bonus | 0.00 | 25.920 | 250.00 | | (PA-EIT-091201) FALLS TWP-P... | 2.50 | |
| | | | | | Federal W/T | 55.00 | |
| | | | | | Fica Medicare | 3.63 | |
| | | | | | Fica Social Security | 15.50 | |
| | | | | | Pennsylvania SUI | 0.18 | |
| | | | | | Pennsylvania W/T | 7.68 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 0.00 | 250.00 | 84.49 | 165.51 | | | |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = 2 4 2 3 | 115.51 |
| Totals : | | 165.51 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK    3-7615/360    4266 CHECK NO.

DATE 07/21/2023    AMOUNT $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

NON-NEGOTIABLE

PAY TO THE ORDER OF    Steven Johnson
38 Green Street
Morrisville PA 19067

_____
AUTHORIZED SIGNATURE

LIBERTY COATING COMPANY LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 100143 | Steven Johnson | ***-**-2156 | M | 07/10/2023 | 07/16/2023 | 07/21/2023 | 4266 |

| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | CUR. AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| PTO | 8.00 | 25.920 | 207.36 | | (PA-EIT-091201) FALLS TWP-P… | 5.38 | |
| PTO | 8.00 | 25.920 | 207.36 | | (PA-LST-091201) FALLS TWP-… | 1.00 | |
| PTO | 8.00 | 25.920 | 207.36 | | Federal W/T | 0.50 | |
| | | | | | Fica Medicare | 7.80 | |
| | | | | | Fica Social Security | 33.34 | |
| | | | | | Pennsylvania SUI | 0.44 | |
| | | | | | Pennsylvania W/T | 16.51 | |
| | | | | | Medical 125 | 84.39 | |
| | | | | | Work Dues | 1.20 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 24.00 | 622.08 | 150.56 | 471.52 | | | |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = 2 4 2 3 | 421.52 |
| Totals : | | 471.52 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check        *Includes Non-Taxable Reimbursements        **Does Not Contribute To Net

**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK    3-7615/360    4306 CHECK NO.

DATE 07/28/2023    AMOUNT $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

NON-NEGOTIABLE

PAY TO THE ORDER OF    Steven Johnson
38 Green Street
Morrisville PA 19067

_____
AUTHORIZED SIGNATURE

LIBERTY COATING COMPANY LLC

| 100143 EMP. NO. | Steven Johnson EMPLOYEE NAME | | ***-**-2156 SOCIAL SECURITY NO. | M STATUS | 07/17/2023 PERIOD BEG. | 07/23/2023 PERIOD END | 07/28/2023 CHECK DATE | 4306 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | | CUR. AMOUNT | YEAR TO DATE |
| Overtime | 1.00 | 38.880 | 38.88 | | (PA-EIT-091201) FALLS TWP-P... | | 11.47 | |
| Overtime | 1.00 | 38.880 | 38.88 | | (PA-LST-091201) FALLS TWP-... | | 1.00 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Federal W/T | | 65.23 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Fica Medicare | | 16.63 | |
| Overtime | 1.00 | 38.880 | 38.88 | | Fica Social Security | | 71.10 | |
| Regular | 8.00 | 25.920 | 207.36 | | Pennsylvania SUI | | 0.86 | |
| Regular | 8.00 | 25.920 | 207.36 | | Pennsylvania W/T | | 35.21 | |
| Regular | 8.00 | 25.920 | 207.36 | | Medical 125 | | 84.39 | |
| Regular | 8.00 | 25.920 | 207.36 | | Work Dues | | 2.00 | |
| Regular | 8.00 | 25.920 | 207.36 | | | | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 45.00 | 1,231.20 | 287.89 | 943.31 | | | |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = 2 4 2 3 | 893.31 |
| Totals : | | 943.31 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**LIBERTY COATING COMPANY LLC**
21 STEEL ROAD S
MORRISVILLE, PA 19067

CITIZENS BANK    3-7615/360    4364
CHECK NO.

DATE 08/04/2023    AMOUNT $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

NON-NEGOTIABLE

PAY TO THE ORDER OF   Steven Johnson
38 Green Street
Morrisville PA 19067

_____
AUTHORIZED SIGNATURE

LIBERTY COATING COMPANY LLC

| 100143 EMP. NO. | Steven Johnson EMPLOYEE NAME | ***-**-2156 SOCIAL SECURITY NO. | M STATUS | 07/24/2023 PERIOD BEG. | 07/30/2023 PERIOD END | 08/04/2023 CHECK DATE | 4364 CHECK NUM |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | RATE | CUR. AMOUNT | YEAR TO DATE | DEDUCTIONS | CUR. AMOUNT | YEAR TO DATE |
| Attendance Bonus | 0.00 | 0.000 | 0.00 | 1,075.00 | (PA-EIT-091201) FALLS TWP-P... | 11.77 | 372.42 |
| Holiday | 0.00 | 0.000 | 0.00 | 1,435.52 | (PA-LST-091201) FALLS TWP-... | 1.00 | 31.00 |
| Overtime | 1.00 | 38.880 | 38.88 | 7,051.82 | Federal W/T | 68.89 | 2,280.48 |
| Overtime | 1.00 | 40.490 | 40.49 | | Fica Medicare | 17.07 | 540.02 |
| Overtime | 1.00 | 40.490 | 40.49 | | Fica Social Security | 72.99 | 2,308.97 |
| Overtime | 1.00 | 40.490 | 40.49 | | Pennsylvania SUI | 0.88 | 27.88 |
| Overtime | 1.00 | 38.880 | 38.88 | | Pennsylvania W/T | 36.14 | 1,143.37 |
| PTO | 0.00 | 0.000 | 0.00 | 829.44 | Medical 125 | 84.39 | 2,616.09 |
| Regular | 6.00 | 26.990 | 161.94 | 29,466.72 | Union | 0.00 | 200.00 |
| Regular | 8.00 | 26.990 | 215.92 | | Union Initiation | 0.00 | 500.00 |
| Regular | 8.00 | 25.920 | 207.36 | | Work Dues | 2.00 | 35.20 |
| Regular | 2.00 | 26.990 | 53.98 | | | | |
| Regular | 8.00 | 26.990 | 215.92 | | | | |
| Regular | 8.00 | 25.920 | 207.36 | | | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 25.92 | 45.00 | 1,261.71 | 295.13 | 966.58 | 39,858.50 | 10,055.43 | 29,803.07 |

Payroll Powered By Primepoint

Steven Johnson
38 Green Street
Morrisville PA 19067

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| HAMILTON HORIZON FCU | = = = = 2 0 6 9 | 50.00 |
| TD BANK, NA | = = = = 2 4 2 3 | 916.58 |
| | Totals : | 966.58 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net