# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 23-12067-MDC

STEVEN JOHNSON

38 GREEN STREET

MORRISVILLE, PA 19067

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEVEN JOHNSON

38 GREEN STREET

MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Date: 10/23/2023

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee