# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven Johnson<br>            Debtor<br><br>M&T BANK, its successors and/or assignees<br>            Movant<br>    vs.<br><br>Steven Johnson<br>            Debtor<br><br>Kenneth E. West<br>            Trustee | CHAPTER 13<br><br><br>NO. 23-12067 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of M&T BANK, which was filed with the Court on or about October 2, 2023.


Dated: January 16, 2024

                                        Respectfully submitted,


                                        /s/Mark A. Cronin
                                        Mark A. Cronin, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215) 627-1322
                                        mcronin@kmllawgroup.com