**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re   STEVEN JOHNSON** | : | **CHAPTER 13** |
| | : | |
| **Debtor(s)** | : | **BANKRUPTCY NO. 23-12067** |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Steven Johnson, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **M&T Bank** on February 7, 2024.  Debtors believe they can become current on all post-petition payments due under the December 13, 2023 stipulation with the Lender.

Respectfully submitted,


/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com


Dated: February 8, 2024