United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12067-mdc |
| Steven Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 08, 2024 | Form ID: 167 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Johnson, 38 Green Street, Morrisville, PA 19067-1256 |
| 14798321 | + | Payoff Inc, 3200 Park Center Dr Ste, Costa Mesa, CA 92626-7163 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2024 00:36:36 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2024 00:26:16 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798312 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 09 2024 00:08:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 14798311 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 09 2024 00:08:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14799480 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2024 00:26:26 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14814125 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2024 00:26:03 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 00:25:57 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14798315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 00:26:02 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14798314 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 00:26:01 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14798313 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 00:26:17 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14798318 | | Email/Text: camanagement@mtb.com | Feb 09 2024 00:08:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14798317 | | Email/Text: camanagement@mtb.com | Feb 09 2024 00:08:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14811563 | | Email/Text: camanagement@mtb.com | Feb 09 2024 00:08:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14807852 | ^ | MEBN | Feb 09 2024 00:08:33 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 14798319 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 09 2024 00:08:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14798320 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 09 2024 00:08:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14814057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 00:26:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14798321 | + | Email/Text: sb_jira_integration@happymoney.com | Feb 09 2024 00:08:00 | Payoff Inc, 3200 Park Center Dr Ste, Costa Mesa, CA 92626-7163 |
| 14798826 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14798322 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:25:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14798323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:04 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14799484 | *+ | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2024            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Steven Johnson support@ymalaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 167 | Total Noticed: 22 |

    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

REGINA COHEN
    on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Steven Johnson
    Debtor(s)

Case No: 23−12067−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor M&T BANK Filed by Steven Johnson (related document(s)52).

on: 3/5/24

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/8/24

Timothy B. McGrath
Clerk of Court

57 − 53
Form 167