United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-12067-amc |
|---|---|
| Steven Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Johnson, 38 Green Street, Morrisville, PA 19067-1256 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14798312 | + | Email/Text: rm-bknotices@bridgecrest.com | May 17 2024 00:20:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 14798311 | + | Email/Text: rm-bknotices@bridgecrest.com | May 17 2024 00:20:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14799480 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 17 2024 00:13:26 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14814125 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 17 2024 00:58:04 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 01:09:16 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14798315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:12:57 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14798313 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:13:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14798314 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:24:30 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14798318 | | Email/Text: camanagement@mtb.com | May 17 2024 00:12:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14798317 | | Email/Text: camanagement@mtb.com | May 17 2024 00:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14811563 | | Email/Text: camanagement@mtb.com | May 17 2024 00:12:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14807852 | ^ | MEBN | May 17 2024 00:06:02 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14798319 | + | Email/Text: bankruptcy@marinerfinance.com | May 17 2024 00:12:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14798320 | + | Email/Text: bankruptcy@marinerfinance.com | May 17 2024 00:12:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14814057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2024 00:13:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 20

| | | | | |
|---|---|---|---|---|
| 14798321 | + Email/Text: sb_jira_integration@happymoney.com | | May 17 2024 00:11:00 | Payoff Inc, 3200 Park Center Dr Ste, Costa Mesa, CA 92626-7163 |
| 14798826 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14798322 | + Email/PDF: ais.sync.ebn@aisinfo.com | | May 17 2024 00:58:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14798323 | + Email/PDF: ais.sync.ebn@aisinfo.com | | May 17 2024 00:23:53 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14799484 | *+ | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Steven Johnson support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

REGINA COHEN
on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
  Steven Johnson      )    Case No. 23−12067−amc
            )
            )
  Debtor(s).       )    Chapter: 13
            )
            )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

  **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 16, 2024         For The Court

                Ashely M. Chan
                Judge, United States Bankruptcy Court