United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 23-12067-amc

Steven Johnson                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Aug 02, 2024                  Form ID: 167                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2024:**

**Recip ID                   Recipient Name and Address**
db                   +   Steven Johnson, 38 Green Street, Morrisville, PA 19067-1256

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2024                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2024 at the address(es) listed below:**

**Name                                      Email Address**

DENISE ELIZABETH CARLON
      on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
      ecfemails@ph13trustee.com  philaecf@gmail.com

PAUL H. YOUNG
      on behalf of Debtor Steven Johnson support@ymalaw.com
      ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
      ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

REGINA COHEN
      on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Aug 02, 2024

Form ID: 167

Total Noticed: 1

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Steven Johnson
     Debtor(s)

Case No: 23−12067−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to certification of default

     on: 9/5/24

     at: 11:00 AM

     in: HRG will be held via Telephone Hearing, For
     connection dial in information see, Standing Order
     M−20−3003

For The Court

Date:  8/2/24

Timothy B. McGrath
Clerk of Court

83 − 82
Form 167