United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12067-amc |
| Steven Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Johnson, 38 Green Street, Morrisville, PA 19067-1256 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 19 2024 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 00:10:25 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 00:10:51 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798312 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 19 2024 23:57:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 14798311 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 19 2024 23:57:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14799480 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 00:10:37 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14814125 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 00:10:28 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 00:10:18 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14798315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 00:10:18 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14798313 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2024 00:10:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14798314 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2024 00:10:36 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14798318 | | Email/Text: camanagement@mtb.com | Aug 19 2024 23:57:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14798317 | | Email/Text: camanagement@mtb.com | Aug 19 2024 23:57:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14811563 | | Email/Text: camanagement@mtb.com | Aug 19 2024 23:57:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

Case 23-12067-amc   Doc 87   Filed 08/21/24   Entered 08/22/24 00:42:17   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14807852 | ^ | MEBN | Aug 19 2024 23:52:57 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14798319 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 19 2024 23:57:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14798320 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 19 2024 23:57:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14814057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 00:10:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14798321 | + | Email/Text: sb_jira_integration@happymoney.com | Aug 19 2024 23:57:00 | Payoff Inc, 3200 Park Center Dr Ste, Costa Mesa, CA 92626-7163 |
| 14798826 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14798322 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14798323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:57 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14799484 | *+ | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Steven Johnson support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

REGINA COHEN

on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                              Chapter 13
    STEVEN JOHNSON

                                                         Bankruptcy No. 23-12067-AMC

                   Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 16, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge